IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH GIBSON, IV | § | |
| | § | |
| V. | § | C.A. No. 4:26-cv-04639 |
| | § | |
| BLUE CROSS BLUE SHIELD | § | |
| OF TEXAS | § | |

**ORDER ON PLAINTIFF'S MOTION TO REMAND**

The Court, having reviewed Plaintiff's Motion to Remand, and any responses and replies, the Court finds that the Motion should be GRANTED. This Court lacks jurisdiction over this matter.

It is therefore ORDERED that this matter be remanded to the 11th Judicial District of Harris County District Court.

Ordered this _____ day of _____, 2026.

_____
Honorable District Judge